*Cohen Kennedy Dowd & Quigley*
The Camelback Esplanade 1
2425 East Camelback Road • Suite 1100
Phoenix, Arizona 85016
Telephone 602•252•8400  Facsimile 602•252•5339
E-mail filings@ckdqlaw.com

Daniel G. Dowd (012115) – DDowd@ckdqlaw.com
Laura H. Kennedy (012173) – LKennedy@ckdqlaw.com
Daniel E. Durchslag (017213) – DDurchslag@ckdqlaw.com
  Attorneys for 10K, L.L.C.

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>WVSV HOLDINGS, LLC,<br><br>　　　　　Debtor. | No. 2:12-bk-10598-RTB<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AS CO-COUNSEL FOR 10K, L.L.C. AND REQUEST FOR NOTICE** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES-IN-INTEREST:

PLEASE TAKE NOTICE that, pursuant to Section 1109(b) of the United States Bankruptcy Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Daniel G. Dowd and Laura H. Kennedy of Cohen Kennedy Dowd & Quigley, P.C. appear in the above-captioned case as co-counsel with David D. Cleary of Greenberg Traurig on behalf of 10K L.L.C. ("**10K**"), a party-in-interest, and requests copies of all notices, pleadings and all other filings in the

above-captioned case including, without limitation, pursuant to Bankruptcy Rules 2002, 3017, 4001 and 9007.

10K requests that all counsel of record provide, in addition to Mr. Cleary whose Notice of Appearance was filed on June 19, 2012, the following persons with copies of all notices, pleadings, and all other filings in the above-captioned case. All counsel of record are requested to direct all written, telephonic, or e-mail communications as follows:

>Daniel G. Dowd, Esq. (ddowd@ckdqlaw.com)
>Laura H. Kennedy, Esq. (lkennedy@ckdqlaw.com)
>Daniel E. Durchslag, Esq. (ddurchslag@ckdqlaw.com)
>COHEN KENNEDY DOWD & QUIGLEY, P.C.
>The Camelback Esplanade I
>2425 East Camelback Road, Suite 1100
>Phoenix, Arizona 85016
>Telephone: (602) 252-8400

Please take further notice that the foregoing request includes all notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether conveyed by mail, telephone or otherwise.

10K additionally requests that the Debtor and the Clerk of the Court place the above-named counsel on any mailing matrix to be prepared or existing in the above-captioned case.

Neither this Request for Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct, shall constitute a waiver of 10K's:

A. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

B. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any

case, controversy or proceeding related thereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial is pursuant to statute or the United States Constitution;

C. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

D. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by 10K without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

DATED this 28th day of June, 2012.

**COHEN KENNEDY DOWD & QUIGLEY, P.C.**
The Camelback Esplanade I
2425 E. Camelback Road, Suite 1100
Phoenix, Arizona 85016
   Attorneys for 10K, L.L.C.

By: /s/ Daniel E. Durchslag
   Daniel G. Dowd
   Laura H. Kennedy
   Daniel E. Durchslag

E-FILED this 28th day of June 2012
with the Clerk of the Court.

COPIES of the foregoing were
served electronically this 28th day
of June 2012 via the Court's ECF
system on all parties that have
appeared in this case.

/s/ Daniel E. Durchslag