IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WVSV HOLDINGS, LLC, | ) | Case No.: 2:12-bk-10598-EPB |
| | ) | |
| | ) | ORDER OF RECUSAL AND REFERRING |
| | ) | CASE TO ANOTHER BANKRUPTCY |
| Debtor. | ) | JUDGE |
| | ) | |
| | ) | |
| _____ | ) | |

Sua Sponte, the court concludes that "a reasonable person with knowledge of all the facts would conclude that the judge's impartiality might reasonably be questioned." See United States v. Studley, 783 F2d 934, 939 (9th Cir. 1986). Therefore, pursuant to the provisions of 28 U.S.C. § 455, the court must recuse itself from hearing this bankruptcy case. The Clerk of the Court has assigned the case to the Honorable Randolph J. Haines.

The parties have requested that a hearing be set as soon as practical.

DATED February 19, 2013

_____
Hon. Eddward P. Ballinger
United States Bankruptcy Judge

```
                            United States Bankruptcy Court
                                 District of Arizona
In re:                                                         Case No. 12-10598-EPB
WVSV HOLDINGS, LLC                                             Chapter 11
       Debtor              CERTIFICATE OF NOTICE

District/off: 0970-2         User: samuelson             Page 1 of 3           Date Rcvd: Feb 19, 2013
                             Form ID: pdf002             Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2013.
```
db          +WVSV HOLDINGS, LLC,    1121 West Warner Road,    Suite 109,   Tempe, AZ 85284-2819
aty         +ROBERT T. MILLS,   BEUS GILBERT, PLLC,    701 North 44th Street,    Phoenix, AZ 85008-6504
cr          +Maricopa County Treasurer,    222 N. Central Avenue, Suite 1100,    Phoenix, AZ 85004-2206
tee         +SunVal Partners LLC,    701 N. 44th Street,    Phoenix, AZ 85008-6504
11480722    +10K L.L.C.,   c/o Greenberg Traurig, LLP,    2375 E. Camelback Road, Ste. 700,
              Phoenix, AZ 85016-9000
11385746    +10K, LLC,   C/O Dan Dowd, Esq.,    2425 E. Camelback Road, Suite 1100,    Phoenix, AZ 85016-9207
11385747    +AGS, LLC,   C/O Sunbelt Holdings,    6720 N. Scottsdale Rd., #160,    Scottsdale, AZ 85253-4421
11385748    +Bryan Cave, LLP,    PO Box 503089,    Saint Louis, MO 63150-3089
11444670    +Cal X-Tra, Cattletrack 10K, LLC, et al.,    c/o Ronald J. Cohen,    2425 East Camelback Road,
              Suite 1100,   Phoenix, AZ 85016-9207
11385749    +Chalmers & Associates, LLC,    616 Park Lane,    Billings, MT 59102-1931
11385750    +Erie & Associates, Inc.,    3120 N. 24th St.,    Phoenix, AZ 85016-7314
11385751    +Glen Spurlock,    PO Box 1877,    Gilbert, AZ 85299-1877
11385752    +Glen Spurlock,    148 N. Nottingham Lane,    Payson, AZ 85541-2738
11992222     KPHV, L.L.C.,    c/o Bradley J Stevens,    Jennings Strouss & Salmon, PLC,
              1 E Washington, 19th Floor,    Phoenix, AZ 85004-2554
11447270    +Maricopa County Treasurer,    c/o Lori A. Lewis,    222 N. Central Avenue, Suite 1100,
              Phoenix, AZ 85004-2206
11385753    +Maricopa County Treasurer,    PO Box 52133,    Phoenix, AZ 85072-2133
11385754    +McGladrey & Pullen, LLP,    501 N. 44th St., #300,    Phoenix, AZ 85008-6536
11526648    +PACIFIC COACH, INC.,    c/o William Novotny,    Mariscal Weeks McIntyre & Friedlander PA,
              2901 North Central Avenue, Suite 200,    Phoenix AZ 85012-2797
11385755    +Perkins Coie Brown & Bain,    C/O Brian Pollack, Esq., Lewis & Roca,    40 N. Central Avenue,
              Phoenix, AZ 85004-4424
11385756    +RRS & Company,    Attn:  R. Randy Stolworthy,    21 East 6th Street, Suite 706,
              Tempe, AZ 85281-3694
11513242     Spurlock Members,    c/o Christopher R. Kaup,    Tiffany & Bosco, P.A,
              2525 E. Camelback Road, Thrid Floor,    Phoenix, AZ 85016-4237
11385757    +Superior Surveying Services,    21415 N. 23rd Avenue,    Phoenix, AZ 85027-2525
11385758    +Task Engineering,    1904 East Medlock Drive,    Phoenix, AZ 85016-4127
11385759    +Ted Hazen dba,    Hazen Farm South,    26951 W. Hazen Road,    Buckeye, AZ 85326-5207
11385760    +Trust 8435 C/O First American Title,    Trust Department,    PO Box 52023,   Phoenix, AZ 85072-2023
11385761    +Trust 8436 C/O First American Title,    Trust Department,    PO Box 52023,   Phoenix, AZ 85072-2023
11407595    +Wright & Associates,    1201 S. Alma School Road,    Suite 3500,    Mesa, AZ 85210-2065
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcynotices@azdor.gov Feb 20 2013 02:41:54      AZ DEPARTMENT OF REVENUE,
              BANKRUPTCY & LITIGATION,    1600 W. MONROE, 7TH FL.,    PHOENIX, AZ  85007-2650
11530596    +E-mail/Text: mkittredge@perkinscoie.com Feb 20 2013 03:35:10      Perkins Coie, LLP,
              c/o Richard M. Lorenzen,    2901 N Central Avenue, Suite 2000,    Phoenix, AZ 85012-2740
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp         PACIFIC COACH, INC.
cr           Perkins Coie LLP
cr*         +10K L.L.C.,   c/o Greenberg Traurig, LLP,    2375 E. Camelback Road,    Suite 700,
              Phoenix, AZ 85016-9000
cr*          KPHV, LLC,    c/o Bradley J. Stevens,    Jennings Strouss & Salmon, PLC,
              1 E. Washington, 19th Floor,    Phoenix, AZ  85004-2554
11385762    ##+Urban Engineering, Inc.,    120 N. 44th St., #150,    Phoenix, AZ 85034-1829
                                                                                  TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 21, 2013**　　　　　　　　　　**Signature:**　　_/s/ Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2013 at the address(es) listed below:

        BRADLEY JAY STEVENS    on behalf of Creditor  KPHV, LLC bstevens@jsslaw.com, dsharp@jsslaw.com;khoskins@jsslaw.com

        DANIEL EDWARD DURCHSLAG    on behalf of Creditor   10K L.L.C. ddurchslag@ckdqlaw.com, tgreenlund@ckdqlaw.com;ddowd@ckdqlaw.com

        DAVID D. CLEARY    on behalf of Creditor   10K L.L.C. clearyd@gtlaw.com,  peaglerb@gtlaw.com

        LARRY LEE WATSON    on behalf of U.S. Trustee   U.S. TRUSTEE larry.watson@usdoj.gov, connie.s.hoover@usdoj.gov

        LORI A LEWIS    on behalf of Creditor   Maricopa County Treasurer LewisL01@mcao.maricopa.gov

        MICHAEL W. CARMEL    on behalf of Debtor   WVSV HOLDINGS, LLC michael@mcarmellaw.com, sharon@mcarmellaw.com

        RICHARD M. LORENZEN    on behalf of Creditor   Perkins Coie LLP rlorenzen@perkinscoie.com, docketphx@perkinscoie.com;khardy@perkinscoie.com

        WILLIAM  NOVOTNY    on behalf of Interested Party   PACIFIC COACH, INC. wnovotny@dickinsonwright.com

        TOTAL: 8