

SO ORDERED.

Dated: February 23, 2017

_Madeleine C. Wanslee_
Madeleine C. Wanslee, Bankruptcy Judge

1  MESCH CLARK ROTHSCHILD
2  259 North Meyer Avenue
   Tucson, Arizona 85701
3  Phone: (520) 624-8886
   Fax:    (520) 798-1037
4  Email: ecfbk@mcrazlaw.com
5  Michael McGrath (SBN 6019): mmcgrath@mcrazlaw.com
   David J. Hindman (SBN 24704): dhindman@mcrazlaw.com
6
7  AND

8  COHEN DOWD QUIGLEY
   2425 E. Camelback Road, Suite 1100
9  Phoenix, AZ 85016
10 Phone: (602) 252-8400
   Fax:    (602) 252-5339
11 Daniel Dowd: ddowd@CDQlaw.com
   Daniel Durchslag: ddurchslag@CDQLaw.com
12
13 Attorneys for Secured Creditor 10K, L.L.C.

14                  UNITED STATES BANKRUPTCY COURT
15                        DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceeding |
| WVSV HOLDINGS, L.L.C., | Case No: 2:12-bk-10598-MCW |
| Debtor. | |
| 10K, L.L.C., | **STIPULATED ORDER GRANTING MOTION FOR RELIEF FROM STAY TO PERMIT RECORDING OF STATE COURT JUDGMENT** |
| Movant, | |
| v. | |
| WVSV HOLDINGS, L.L.C., | |
| Respondent. | |

Upon consideration of the *Motion for Relief from Stay to Permit Recording of State Court Judgment* (the "Motion") filed by 10K, L.L.C. ("10K"), a secured creditor and party in interest in the above-captioned Chapter 11 bankruptcy case of WVSV Holdings, L.L.C. (the "Debtor"), and the Debtor's *Limited Opposition to Motion for Relief From Stay to Permit Recording of State Court Judgment*, the Court hereby finds that "cause" exists under §362(d)(1) of the Bankruptcy Code for relief from the automatic stay; that "cause" exists to authorize 10K to record the Judgment entered in favor of 10K in Maricopa County Superior Court Case No. CV2003-008362 (the "State Court Action") against WVSV and non-debtor Conley Wolfswinkel.

10K having given notice of the Motion pursuant to Local Bankruptcy Rule 4001-1; no objections to the Motion having been timely filed, or, if filed, having been resolved; and good cause having been shown;

**IT IS ORDERED that:**

1. The Motion is GRANTED in its entirety.

2. 10K is authorized to record the Judgment entered in the State Court Action in any and all counties, and at such time or times as 10K deems appropriate.

3. As to the Debtor only, except for recording the Judgment 10K shall not take any action to collect on the Judgment pending further order of the Court. This restriction does not apply to any collection actions that might be undertaken as against the third-party judgment debtor.

4. The fourteen-day stay as provided by Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived.

**DATED AND SIGNED ABOVE.**

AGREED AS TO FORM AND CONTENT BY:

```
 1  LAW OFFICES OF
    MICHAEL W. CARMEL, LTD.
 2

 3
    By /s/ David Hindman   per authorization of:
 4      Michael W. Carmel
 5      Attorneys for Debtor and Debtor in Possession

 6  2405714.DOCX
```