UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re: WVSV Holdings, LLC ) CASE NO. 2:12-bk-10598-MCW
) CH. 11 POST CONFIRMATION REPORT
)
) __X__ QUARTERLY _____ FINAL
) (PLEASE CHECK)
) QUARTER ENDING: SEPTEMBER 30, 2018
)
Debtor(s) ) DATE PLAN CONFIRMED: MARCH 12, 2014

SUMMARY OF DISBURSEMENTS:

A.  Disbursements made under the plan, for current quarter:     $         1,625.00

B.  Disbursements not under the plan, for current quarter:      $       116,926.64

    Total Disbursements:                                        $       118,551.64

ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, BE THEY UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.

PLEASE ANSWER THE FOLLOWING:

1.  What are your projections as to your ability to comply with the terms of the plan?

    The terms of the plan have been substantially complied with. The land sale called for by the plan has closed and the proceeds disbursed except for minor claims in dispute.

2.  Please describe any factors which may materially affect your ability to obtain a final decree.

    Per the confirmed plan, final decree is pending termination of state court litigation with 10K, LLC, including appeals. Final judgment was entered January 10, 2017. Appeal by WVSV and cross appeal by 10K are pending in the Arizona Court of Appeals. Conclusion of the appeals and any petitions for review to the Arizona Supreme Court is expected by to late 2018 or 2019.

3.  If plan payments have not yet begun, please indicate the date that the first plan payment is due.

    See answer to #1 above

SUMMARY OF AMOUNTS DISTRIBUTED UNDER THE PLAN:

|  | Current Quarter | Paid to Date | Balance Due |
|---|---|---|---|
| A. FEES AND EXPENSES: | | | |
| 1. Disbursing Agent Compensation | $ | $ | $ |
| 2. Fee for Attorney for Trustee | $ 0.00 | $ 296,787.42 | $ 0.00 |
| 3. Fee for Attorney for Debtor | $ | $ | $ |
| 4. Other Professionals | $ | $ | $ |
| 5. All Expenses, Including Disbursing Agent=s | $ 0.00 | $ 296,787.42 | $ 0.00 |
| B. DISTRIBUTIONS: | | | |
| 6. Secured Creditors | $ 0 | $ 9,700,491.83 | $ 0 |
| 7. Priority Creditors | $ | $ 102,064.19 | $ 0 |
| 8. Unsecured Creditors | $ | $ 44,781.90 | $ |
| 9. Equity Security Holders | $ 0 | $ 0 | $ 0 |
| 10. Other Payments- Specify Class of Payee: | $ | $ | $ |
|    Fees to title company | $ 0 | $ 18,976.50 | $ 0 |
|    US Trustee Fees | $ 1,625.00 | $ 50,375.37 | $ 0 |
|    Grazing Lease | | 12,049.35 | 0 |
| TOTAL PLAN DISBURSEMENTS | $ 1,625.00 | $ 10,225,526.56 | $ 0 |

(Report Sum of Lines 1 - 10, *current quarter column*, on page 1, A.)

C. Percent Dividend to be Paid to Unsecured Creditors Under Plan: _____100 %

SUMMARY OF PROPERTY TRANSFERRED UNDER THE PLAN:

Description of Property

Secured Creditors: None

Priority Creditors: None

Unsecured Creditors: None

Equity Security Holders: None

Other Transfers- Specify class of Transferee

None

2

Case 2:12-bk-10598-MCW    Doc 562    Filed 10/18/18    Entered 10/18/18 13:34:56    Desc
Main Document    Page 2 of 3

## CONSUMMATION OF PLAN:

If this is a final report, has an application for Final Decree been submitted?

_____ Yes        Date application was submitted: _____

_____ No         Date when application will be submitted: _____

Estimated Date of Final Payment Under Plan: _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: _____        DATE: Oct 16, 2018

_____Lee Allen Johnson_____
(PRINT NAME)

3