SO ORDERED.

Dated: November 19, 2019



*Madeleine C. Wanslee*
**Madeleine C. Wanslee, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| WVSV HOLDINGS, LLC, | Case No. 2:12-bk-10598-MCW |
| Debtor. | **ORDER APPOINTING REAL ESTATE BROKER FOR DEBTOR** |

The Court has reviewed the Debtor's "Application to Employ Nathan & Associates, Inc. as Real Estate Broker" ("**Broker Employment Application**"), requesting that Nathan & Associates, Inc. ("**Nathan**") be employed as the Debtor's agent to sell the real property known as "Sun Valley" located in Buckeye, Arizona, and upon the "Affidavit of the Proposed Broker for Debtor" filed pursuant to Rules 2014 and 2016, *Rules of Bankruptcy Procedure* ("**RBP**"), and the Court being satisfied that Nathan represents no adverse interest to the Debtor, and being advised Nathan is a disinterested party, pursuant to 11 U.S.C. §§ 101(14), 327, 328, and 329, and the Court being advised that said employment is necessary and will be in the best interest of the estate,

**IT IS ORDERED** that Nathan shall be employed as of the date the Application and Affidavit are filed with this Court, to serve as the Debtor's Broker, subject to the terms set forth in the Application.

**IT IS FURTHER ORDERED** that the Broker's proposed compensation as set forth in the Application and Exclusive Listing Agreement is approved, subject to a final approval of this Court.

**IT IS FURTHER ORDERED** that this Order is subject to reconsideration if unique circumstances so warrant.

**DATED AND SIGNED ABOVE**